**UNITED STATES of America,**
**Plaintiff—Appellee,**

v.

**Jaime GONZALEZ–MOLINA,**
**Defendant—Appellant.**

No. 01–10074.
D.C. No. CR–00–00006–HDM.

United States Court of Appeals,
Ninth Circuit.

Submitted July 9, 2001 \*.

Decided July 23, 2001.

Before KOZINSKI, T.G. NELSON, and RICHARD C. TALLMAN, Circuit Judges.

MEMORANDUM \*\*

Jaime Gonzalez–Molina appeals the sentence imposed following his guilty plea to one count of unlawful reentry by a removed alien, in violation of 8 U.S.C. § 1326(a). Gonzalez–Molina contends that in light of *Apprendi v. New Jersey,* 530

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the

U.S. 466, 120 S.Ct. 2348, 147 L.Ed.2d 435 (2000), the district court improperly imposed a sentence in excess of § 1326(a)'s two-year maximum based on a prior aggravated felony, where the indictment did not charge, and Gonzalez–Molina did not admit, that he was deported after having committed an aggravated felony. This contention is foreclosed by *United States v. Pacheco–Zepeda,* 234 F.3d 411 (9th Cir. 2000), *cert. denied,* —— U.S. ——, 121 S.Ct. 1503, 149 L.Ed.2d 388 (2001), and *United States v. Castillo–Rivera,* 244 F.3d 1020, 1025 (9th Cir.2001).

AFFIRMED.

---

courts of this circuit except as may be provided by 9th Cir. R. 36–3.

